■ MILTON WELLS, Respondent, v. EASTMAN, DILLON & Co. et al., Respondents. REUBEN FELTMAN, Respondent, v. SAMUEL FRIEDLAND et al., Respondents. SOLOMON S. OSTROV et al., Respondents, v. LOUIS STEIN et al., Individually and as Copartners Doing Business under the Name of EASTMAN, DILLON & Co. and/or EASTMAN DILLON UNION SECURITIES & Co., et al., Respondents. SOPHIE RUSKAY, Appellant, v. SAMUEL FRIEDLAND et al., Individually and as Copartners Doing Business under the Name of EASTMAN DILLON, & Co., and/or EASTMAN DILLON UNION SECURITIES & Co., et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ EILEEN LAMONT, Appellant, v. HENRY LEVINSON, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for preference is granted, with $10 costs. On this record a preference is warranted. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MARION SMITH et al., Appellants, v. AARON L. WINDERMAN et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements, and motion for preference is granted, with $10 costs. On this record a preference is warranted. Appeal unanimously dismissed, with $20 costs and disbursements to the respondents. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MILDRED AMMERMAN, Appellant, v. INTERNATIONAL BEAUTY SHOP OWNERS CONVENTION AND EXHIBITION, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MARIA NATAL, an Infant, by Her Guardian ad Litem CARMEN GARCIA, Appellant, et al., Plaintiff, v. ALEX A. ALARID et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MOLOT, INC., Respondent, v. COMMONWEALTH INSURANCE COMPANY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ ELIAS ASH, Appellant, v. CHARLES Q. ORDEN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MICHAEL WARE, Appellant, v. EDWIN R. BERGER, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ MARILYN B. HASKELL, an Infant, by CELIA ALBERTS, Her Guardian ad Litem, Respondent, v. JEROME J. HASKELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to defendant to apply at Special Term, within 30 days after service of a copy of the order, with notice of entry, upon his attorney, I. Stanley Stein, to move to open the default as to judgment directed and interpose any defense thereto that he may have. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.